UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| SHEILA GARCIA-WILDER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV425-084 |
| | ) | |
| SAVANNAH-CHATHAM COUNTY PUBLIC SCHOOL DISTRICT, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Defendant moves, with Plaintiff's consent, to stay discovery pending resolution of its Motion to Dismiss. Doc. 12. The Court has broad discretion to stay discovery as part of its inherent authority to control its docket. *Clinton v. Jones*, 520 U.S. 681, 706 (1997); *see also Panola Land Buyers Ass'n v. Shuman*, 762 F.2d 1550, 1560 (11th Cir. 1985) ("[A] magistrate [judge] has broad discretion to stay discovery pending decision on a dispositive motion."). Having reviewed the motion, the Court **GRANTS** Defendant's Consent Motion to Stay Discovery. Doc. 12. All discovery deadlines are **STAYED** pending the District Judge's disposition of Defendant's Motion to Dismiss, doc. 10. Should any claims

remain pending after the District Judge's disposition of Defendant's Motion, the parties are **DIRECTED** to confer and submit a report as required by Federal Rule of Civil Procedure 26(f) within 14 days of such disposition.

    **SO ORDERED**, this 15th day of May, 2025.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA